# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JPI PARTNERS, LLC,**

        **Plaintiff,**

**-vs-**                                                 **Case No. 6:07-mc-77-Orl-22DAB**

**KORIE DIXON,**

        **Defendant.**

_____

## ORDER

This cause is before the Court on Plaintiff/Judgment Creditor's Motion to Transfer Case, and in the alternative Seeking Clarification (Doc. No. 4) filed on April 9, 2008.

The United States Magistrate Judge has submitted a report recommending that the Motion be denied as unnecessary.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed May 6, 2008 (Doc. No. 5) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff/Judgment Creditor's Motion to Transfer Case (Doc. No. 4) is **DENIED** as unnecessary

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on May 22, 2008.

-2-

                                                         _____
                                                         ANNE C. CONWAY
                                                         United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party